UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA

-v-

OSCAR LEMUS,

                Defendant.

------------------------------------------------------------x

STIPULATION IN SUPPORT
OF APPLICATION FOR
7TH OR SUBSEQUENT
ORDER OF CONTINUANCE AND
10th ORDER OF CONTINUANCE

24 Mag. 02754

      The United States of America and the defendant jointly request and agree that the time period from **5/7/2025** to **6/4/2025** be excluded from the computation of the period within which an information or indictment must be filed, pursuant to Title 18, United States Code, Section 3161(b) and (h)(7). The parties submit that there is good cause for an additional exclusion of time. The defendant is charged with a violation of Title 18, United States Code, Section 2251(a) that carries a mandatory minimum of fifteen years' imprisonment, and violations of 2422(b), that carry a mandatory minimum of ten years' imprisonment. The defendant is detained. The parties are exploring a possible disposition of this case prior to trial, and defense counsel is in the process of preparing a submission concerning a potential disposition. Defense counsel had hoped to complete the submission within the last 30 days but was not able to do so, given the press of other time-sensitive matters and because she is still in the process of obtaining material for the submission from the defendant's family members. She expects to be able to make the submission within the next 30 days.

      By the following signatures we agree and consent to the exclusion of time noted above:

| /s Rachel Martin | 05/06/2025 | /s/ Marcia S. Cohen | 5-6-2025 |
|---|---|---|---|
| Defendant's Counsel | Date | Assistant U.S. Attorney | Date |
| Rachel Martin, Esq. | | Marcia S. Cohen | |

The defendant states that he has been fully advised by counsel of his rights guaranteed under (a) of the Sixth Amendment to the Constitution; (b) the Speedy Trial Act of 1974, as set forth in Title 18, United States Code, Sections 3161-74; and (c) the plans and rules of this Court adopted pursuant to that Act. The defendant understands that he/she has a right to be charged by indictment or information, and to have a trial before a judge or jury, within a specified time (excluding certain time periods) under the Constitution and Rules and Laws of the United States identified above. The defendant consents and agrees to the above request. **Defense counsel has discussed this stipulation with the defendant and has the defendant's authorization to sign on his behalf.**

/s/ Oscar Lemus        05/06/2025
Defendant        Date
OSCAR LEMUS

      The joint application of the United States of America and the defendant having been heard at a proceeding on the date below, the time period from **5/7/2025** to **6/4/2025** is hereby excluded in computing the time within which an indictment or information must be filed. The

Court grants this continuance on the finding that the ends of justice outweigh the interests of the public and the defendant in a speedy trial, for the reasons set forth above.  The Court further orders: ___N/A_____ .

Dated: __5/7/25__
White Plains, New York

**SO ORDERED**

_____
Hon. Andrew E. Krause
United States Magistrate Judge